Arnold Richer # 6247
Patrick F. Holden # 6247
**RICHER & ASSOCIATES, P.C.**
901 West Baxter Drive
South Jordan, Utah 84095
801.561.4750 # 17
pholden@richerlaw.com
aricher@richerlaw.com
Attorneys for Defendant Doe #12

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| ME2 PRODUCTIONS, INC., | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT DOE #12** |
|---|---|
| Plaintiff, | |
| v. | |
| DOES 1-29, | Civil No. 2:17-CV-00190-EJF |
| Defendants. | Magistrate Evelyn J. Furse |

PLEASE TAKE NOTICE that Arnold Richer of Richer & Associates, P.C. enters his appearance of counsel on behalf of Defendant Doe #12 in the above-referenced matter and requests to be copied on all documents filed and notices sent in this matter using the contact information set forth above.

DATED this 10th day of May, 2017.

**RICHER & ASSOCIATES, P.C.**

*/s/ Arnold Richer*
Arnold Richer
Attorneys for Defendant Doe #12

**CERTIFICATE OF SERVICE**

I hereby certify that I served **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT DOE #12** on the following persons in this case as identified below, who are registered CM/ECF users and will be served with the foregoing through the CM/ECF system:

Todd E. Zenger
Kirton McConkie
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
tzenger@kmclaw.com
(Attorneys for Plaintiff ME2 Productions, Inc.)

DATED this 10th day of May, 2017.

**RICHER & ASSOCIATES, P.C.**

*/s/ Arnold Richer*
Arnold Richer
Attorneys for Defendant Doe # 12